

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00151-CV

ROSANNA SILVERIO AND ALVIN GREEN      APPELLANTS

V.

TRADITIONAL HERITAGE HOMEOWNER ASSOCIATION, INC.      APPELLEE

------------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 14-07314-367

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 04, 2015, and May 18, 2015, we notified appellants in accordance

with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless

---

[1]*See* Tex. R. App. P. 47.4.

the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellants have not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: June 25, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).